UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

IN RE:      Bartes, Nancy Jo
            Bartes, Gregory Francis
                                          CHAPTER 7
                                          BKY CASE NO.  09-60467
                    Debtors.
_____

**NOTICE OF ABANDONMENT**
_____

To:    The United States Trustee, all creditors, and other parties in interest.

**NOTICE**. On October 3, 2011, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the debtors named above will abandon property of the estate as follows:

The debtors scheduled the following property in their bankruptcy petition:

|  | Joint | Husband | Wife |
|---|---|---|---|
| Wages owed to debtor |  |  | $700.00 (scheduled value) |
| 2004 GMC Envoy (135,000 miles) | $5,000.00 ($3,154.00 lien against) |  |  |
| Liberty Savings Bank Account #0188 |  | $2,182.96 (actual balance) |  |
| Liberty Savings Bank Account #3678 |  |  | $35.37 (actual balance) |

(the "D-5 Assets")

The Trustee believes the D-5 Assets listed above are of no more value to the estate than the amounts listed. The debtors could have (but did not) claim the D5 Assets exempt under 11 U.S.C. §522(d)(5). A sale of the D-5 Assets would not amount in any meaningful distributions to the creditors

Based on the nature and condition of the D-5 Assets, the amount of the lien owed against the Envoy, the costs of a sale to a third party, and the tax consequences of such a sale, the Trustee believes that it is in the best interest of the estate to abandon the D5 Assets as they are burdensome and of inconsequential value to the estate.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

GENERAL NOTICE MN204.2003

1

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Trustee |
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| 300 South Fourth Street | 300 South Fourth Street | |
| Minneapolis, MN  55415 | Minneapolis, MN 55415 | |

Dated:  September 7, 2011                              */e/ Terri A. Running*
                                                                        Terri A. Running
                                                                        Trustee in Bankruptcy
                                                                        P.O. Box 583454
                                                                        Minneapolis, MN 55458
                                                                        (612) 279-2660
                                                                        (612) 279-2666 *Facsimile*